UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THERESA BROOKE, | Case No. 20-cv-05160-JSW |
|---|---|
| Plaintiff, | |
| v. | **ORDER TO SHOW CAUSE** |
| MARRIOTT HOTEL SERVICES, INC., | Re: Dkt. Nos. 1, 5 |
| Defendant. | |

Plaintiff filed this complaint on July 27, 2020, and the summons was issued on July 28, 2020. There is no indication that Plaintiff has served Defendant. Accordingly, Plaintiff is HEREBY ORDERED TO SHOW CAUSE why this case should not be dismissed without prejudice for failure to prosecute. Plaintiff shall file a response to this Order to Show Cause by February 5, 2021.

**IT IS SO ORDERED.**

Dated: January 22, 2021

JEFFREY S. WHITE
United States District Judge